1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   TONY BLACKMAN,                    1:05-cv-00188-LJO-DLB-P

12               Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 19)
13   vs.
                                   **ORDER DISMISSING ACTION**
14   A. SCRIBNER, et al.,

15               Defendants.
     _____/
16

17        Plaintiff, Tony Blackman ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On April 20, 2007, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendations were to be filed on or before May 18, 2007.

26   To date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendations.

28   //

                                   1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed April 20, 2007,

8  are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED, without prejudice, based on

10  plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by

11  exhausting his claim prior to filing suit.

12  **IT IS SO ORDERED.**

13  **Dated:    June 19, 2007**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28