```
                                                    FILED
                                             JUDGMENT  ENTERED
                                         _____June 19, 2007_____
                                                         Date
                                        by _____G. Lucas_____
                                                      Deputy Clerk
                                              U.S. District Court
                                            Eastern District of California
                                         __XX____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

TONY BLACKMAN,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:05-CV-00188 LJO DLB P

A. SCRIBNER, et al.,

_____/

        The Findings and Recommendations issued by the Magistrate Judge on April 20, 2007, are hereby adopted in full, and

        IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: June 19, 2007

                                                        VICTORIA C. MINOR, Clerk

                                        By:  /s/ GREG LUCAS
                                                Deputy Clerk